GARY M. RESTAINO
United States Attorney
District of Arizona
THOMAS SIMON
Assistant United States Attorney
Arizona State Bar No. 03857
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: tom.simon@usdoj.gov
Attorneys for Plaintiff

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>　vs.<br>Dion James Antonio,<br>　　　　　Defendant. | No. CR-22-1346-PHX-MTL (MHB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1153 and 81<br>(CIR - Arson) |

**THE GRAND JURY CHARGES:**

On or about April 12, 2022, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, the defendant, DION JAMES ANTONIO, an Indian, did willfully and maliciously set fire to and burn and attempt to set fire to and burn a dwelling, that is, the residence numbered 213, in the Airport 79 sub-division, and the life of S.D. was placed in jeopardy.

In violation of Title 18, United States Code, Sections 1153 and 81.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: October 12, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

s/
THOMAS SIMON
Assistant U.S. Attorney